STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DOUGLAS WILLIAM PETRI,
*Defendant-Appellant.*

Multnomah County Circuit Court
061236929; A136090

225 P3d 150

Peter Gartlan, Chief Defender, and Rebecca Duncan, Assistant Chief Defender, Legal Services Division, Office of Public Defense Services, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Anderson*, 233 Or App 475, 227 P3d 192 (2010).